# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| CC35 | E1657311 | WING LYNNELL | 6620 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/24/2024
**Offense Charged:** ☐ CFR ☐ USC ☒ State Code — CVC 12500(A)
**Place of Offense:** GATE 3 POINT MUGU NAVAL BASE VENTURA COUNTY
**Offense Description; Factual Basis for Charge:** UNLAWFUL TO DRIVE UNLICENSED AS ASSIMILATED BY TITLE 18 USC 13
HAZMAT ☐

### DEFENDANT INFORMATION

**Last Name:** SERGIO
**First Name:** VAZQUEZ GONZALEZ
**Street Address:** 346 HOUSTON DR THOUSAND OAKS

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 7KFV917 | CA | 2022 | NIS/4H | | BLACK |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100.  Forfeiture Amount
+ $30 Processing Fee
$ 130.00  Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E1657311*

CVB SCAN 09/25/2024 13:11

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **24 AUG** 20**24** while exercising my duties as a law enforcement officer in the **CENTRAL** District of **CALIFORNIA**

SEE ATTACHED PROBABLE CAUSE STATEMENT

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/24/2024   [Officer's Signature]
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/25/2024 13:11